AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
### for the

District of Minnesota

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | |
| Peter Amondo Anderson (1) | ) | Case No. 25-cr-194 (KMM/JFD) |
| | ) | |
| | ) | |
| | ) | |
| *Defendant* | ) | |

## AMENDED ARREST WARRANT

To:      Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*   Peter Amondo Anderson                                                                                    ,
who is accused of an offense or violation based on the following document filed with the court:

✓ Indictment            ☐ Superseding Indictment        ☐ Information      ☐ Superseding Information      ☐ Complaint

☐ Probation Violation Petition      ☐ Supervised Release Violation Petition      ☐ Violation Notice    ☐ Order of the Court

This offense is briefly described as follows:                                                  ☐ Pretrial Release Violation Petition

Count 1 - Conspiracy to Commit Bank Fraud, 18:1349 and 1344; Count 7 - Bank Fraud, 18:1344 and 2; Count 9 - Aggravated Identity Theft, 18:1028A(a)(1).

Date: 5/14/2025

*Issuing officer's signature*

City and state:    Minneapolis, Minnesota

Kate M. Fogarty, Clerk of Court
*Printed name and title*

---

### Return

This warrant was received on *(date)* _____ , and the person was arrested on *(date)* _____
at *(city and state)* _____ .

Date: _____

*Arresting officer's signature*

_____
*Printed name and title*

AO 442  (Rev. 11/11)  Arrest Warrant (Page 2)

**This second page contains personal identifiers provided for law-enforcement use only and therefore should not be filed in court with the executed warrant unless under seal.**

***(Not for Public Disclosure)***

Name of defendant/offender: _____

Known aliases: _____

Last known residence: _____

Prior addresses to which defendant/offender may still have ties: _____

_____

Last known employment: _____

Last known telephone numbers: _____

Place of birth: _____

Date of birth: _____

Social Security number: _____

Height: _____ Weight: _____

Sex: _____ Race: _____

Hair: _____ Eyes: _____

Scars, tattoos, other distinguishing marks: _____

_____

_____

History of violence, weapons, drug use: _____

_____

Known family, friends, and other associates *(name, relation, address, phone number)*: _____

_____

FBI number: _____

Complete description of auto: _____

_____

Investigative agency and address: _____

_____

Name and telephone numbers (office and cell) of pretrial services or probation officer *(if applicable)*: _____

_____

_____

Date of last contact with pretrial services or probation officer *(if applicable)*: _____

_____

_____